# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-7021

September Term, 2022

1:23-cv-00321-UNA

**Filed On:** May 19, 2023

Princess Maria Spencer,
      Appellant

v.

Day Services,
      Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's February 17, 2023 order be
affirmed. The district court properly dismissed appellant's case without prejudice for
lack of subject matter jurisdiction, because the complaint established neither federal
question nor diversity of citizenship jurisdiction. See Fed. R. Civ. P. 12(h)(3); 28 U.S.C.
§§ 1331, 1332. Additionally, because appellant did not establish federal jurisdiction, the
district court properly denied the motion for a subpoena. See Fed. R. Civ. P. 12(h)(3).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Daniel J. Reidy
      Deputy Clerk